Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone:  (310) 424-5557
Facsimile :  (310) 546-5301

Attorney for: Putative John Doe No. 5 in 12-cv-3614-RGK-SS
              Putative John Doe No. 10 in 12-cv-3615-RGK-SS
              Putative John Doe No. 9 in 12-cv-3622-RGK-SS
              Putative John Doe No. 7 in 12-cv-4649-RGK-SS
              Putative John Doe No. 4 in 12-cv-4653-RGK-SS
              Putative John Doe No. 4 in 12-cv-4656-RGK-SS
              Putative John Doe No. 4 in 12-cv-4660-RGK-SS
              Putative John Doe No. 9 in 12-cv-0650-RGK-SS (Santa Ana)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1 through 10,<br><br>Defendants. | Case Numbers: [See above][1]<br><br>Assigned to Hon. R. Gary Klausner<br>Referred to Suzanne H. Segal<br><br>**[PROPOSED] ORDER GRANTING JOHN DOES'** *EX PARTE* **APPLICATION**<br><br>**DENIED**<br>AS MOOT |

-1-
**[PROPOSED] ORDER GRANTING JOHN DOES'** *EX PARTE* **APPLICATION**

On July 18, 2012, the John Does whose "Doe numbers" appear on the caption page, above, in the above-entitled actions ("**Moving Parties**") by and through counsel, made an *ex parte* application that the Court stay all outstanding subpoena return dates pending consideration of a noticed motion to quash, sever, and for a protective order.

Good cause being shown, the instant *ex parte* application is hereby GRANTED, as follows:

(A)   All return dates, and motion to quash deadlines, for subpoenas previously authorized by the Courts of the Central District of California in this case, or in any related case pending in this District, and issued by Malibu Media, are hereby stayed pending further order of this Court.

(B)   Counsel for plaintiff Malibu Media, LLC is directed to serve a copy of this order on every ISP to whom it has issued a subpoena authorized by the Courts of this District within 24 hours of the entry of this order.

(C)   Counsel for the Moving Parties is directed to file a noticed motion to quash, sever, and for a protective order, by _____.

**DENIED AS MOOT**

IT IS SO ORDERED.

Dated: 07·20·2012     By: *Gary Klausner*

United States District / ~~Magistrate~~ Judge